UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **DERRICK JUSTIN CHOATE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00069 |
| | ) | **Chief Judge Crenshaw** |
| **PHIL ARMS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court hereby rules as follows:

(1) The Report and Recommendation (Doc. No. 89) is **ADOPTED**;

(2) Phil Arms' Motion for *De Novo* Determination (Doc. No. 91), construed as objections to the Report and Recommendation, is **OVERRULED**; and

(3) Phil Arms' Motion for Summary Judgment (Doc. No. 24) is **DENIED**.

In light of these rulings, Derrick Choate's Request for Extension of Time (Doc. No. 96) to respond to Phil Arm's Motion is **DENIED AS MOOT**. This case is returned to Magistrate Judge Brown for further pretrial case management and the setting of a projected trial date.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE